

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00391-CV

EMPLOYEE FUNDING OF AMERICA, LLC, APPELLANT

V.

CLAYTON CLARK; CLARK, LOVE & HUTSON, GP; PETER FLOWERS;
AND MEYERS & FLOWERS LLC, APPELLEES

On Appeal from the 200th District Court
Travis County, Texas
Trial Court No. D-1-GN-22-006405, Honorable Daniella DeSeta Lyttle, Presiding

June 5, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Employee Funding of America, LLC, appeals from the trial court's *Final Judgment*.[1]  We previously abated the appeal after receiving notice of Appellant's bankruptcy proceedings filed in the United States Bankruptcy Court for the Southern District of Florida.  *See* TEX. R. APP. P. 8.1, 8.2.  On March 5, 2025, the parties informed

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

the Court that the bankruptcy stay had been lifted and that the parties were engaged in settlement negotiations.

Now pending before the Court is Appellant's unopposed motion seeking to voluntarily dismiss the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we reinstate the appeal, grant Appellant's motion, and dismiss the appeal. *See* TEX. R. APP. P. 8.3, 42.1(a)(1). As requested by the unopposed motion, costs shall be taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam